MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    Fax:      (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-12-00645-SBA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESCHEDULING INITIAL APPEARANCE ON INDICTMENT |
| ROSA LEE BANUELOS, | |
| Defendant. | |

Plaintiff, United States of America, and Defendant, Rosa Lee Banuelos, hereby stipulate and agree to the following:

1. That the initial appearance of Rosa Lee Banuelos on the Indictment filed August 29, 2012, charging her with violations of 26 U.S.C. §§7206(2) and 7206(1), currently scheduled

//
//
//
//
//
//
//

for September 14, 2012, at 9:30, be **rescheduled to Thursday, September 13, 2012, at 9:30**, Courtroom 4, Third Floor, U.S. District Court, Oakland, California, before U.S. Magistrate Judge Donna M. Ryu.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

          /s/
          CYNTHIA L. STIER
          Assistant United States Attorneys
          Attorneys for the United States

          /s/
          HENRY WYKOWSKI
          Appearing specially for
          Rosa Lee Banuelos, Defendant

<u>ORDER</u>

Pursuant to the Stipulation of the Parties, the initial appearance of Rosa Lee Banuelos on the Indictment filed August 29, 2012, charging her with violations of 26 U.S.C. §§7206(2) and 7206(1), currently scheduled for September 14, 2012, at 9:30, is **rescheduled to Thursday, September 13, 2012, at 9:30,** Courtroom 4, Third Floor, U.S. District Court, Oakland, California.

**SO ORDERED this 6th day of September, 2012.**

_____
DONNA M. RYU
U.S. Magistrate Judge

Stip & Order Rescheduling initial
Appearance On Indictment
(No. CR-12-00645-SBA)         2