HENRY G. WYKOWSKI (State Bar No. 068255)
Email: hgw@wykowskilaw.com
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

Attorneys for Defendant
ROSA LEE BANUELOS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSA LEE BANUELOS, <br><br> Defendant. | No. CR 12-645-SBA <br><br> **STIPULATED REQUEST TO CONTINUE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

The parties stipulate, subject to the Court's approval:

The parties appeared before this Court for arraignment on September 13, 2012, and the matter was set for a status conference on October 2, 2012, at 9:30 a.m. On September 27, 2012, Henry Wykowski, counsel for Rosa Lee Banuelos, was notified that his father passed away, and anticipates being out of state for the funeral. The parties request that the Court reschedule the status conference to October 9, 2012, at 9:30 a.m. before Magistrate Kandis A. Westmore.

The parties also stipulate that the time between October 2, 2012 and October 9, 2012, is

STIPULATION AND PROPOSED ORDER

1

properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).

The parties represent that the this delay is necessary to allow continuity of counsel for the Defendant and for effective preparation for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the parties stipulate that the period between October 2, 2012, and October 9, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

/s/ Henry Wykowski
HENRY WYKOWSKI
Counsel for Rosa Lee Banuelos

## ORDER

Good Cause appearing, it is ordered that the case status conference currently scheduled for October 2, is hereby continued to October 9, 2012, at 9:30 a.m. before Magistrate Kandis A. Westmore. That the period between October 2 and October 9th is excluded from the speedy trial act.

IT IS SO ORDERED.
DATED: 10 ↗ '12

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER

2